United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL C. HANSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | ) CIVIL NO. C10-5283RJB-JRC<br>)<br>) ORDER GRANTING<br>) EXTENSION OF TIME TO FILE<br>) PLAINTIFF'S REPLY BRIEF<br>)<br>)<br>)<br>) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before October 14, 2010. Oral argument, if desired, shall be requested by October 21, 2010.

DATED this 5th day of October, 2010.

　　　　　　　　　　　　　　　　　_/s/ J. Richard Creatura_
　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [C10-5283RJB-JRC] - 1