UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL C. HANSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C10-5283RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY |

    This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 17. The court has considered the Report and Recommendation, and the file herein.

    On December 20, 2010, U.S. Magistrate Judge J. Richard Creatura issued a Report and Recommendation, recommending that this case be remanded to the Commissioner of Social Security. Dkt. 17.

    The court concurs with the thorough analysis of the magistrate judge. The court should adopt the Report and Recommendation, and remand the case for further consideration, consistent with the recommendation of the magistrate judge.

    Therefore, it is hereby

    **ORDERED** that the Report and Recommendation (Dkt. 17) is **ADOPTED**. This matter is **REMANDED** to the Commissioner of Social Security for further consideration, consistent with the

ORDER
Page - 1

1  conclusion of the magistrate judge.
2         The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
3  party appearing *pro se* at said party's last known address.
4         DATED this 21st day of January, 2011.

                                    Robert J Bryan
                                    United States District Judge

ORDER
Page - 2