# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MICHAEL C. HANSEN,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

**JUDGMENT IN A CIVIL CASE**

Case No. C10-5283RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 17) is **ADOPTED**. This matter is **REMANDED** to the Commissioner of Social Security for further consideration, consistent with the conclusion of the magistrate judge.

| | |
|---|---|
| January 21, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk