AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL C. HANSEN

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5283RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 29) is **ADOPTED**, except as to the amount of attorney's fees to be awarded. Plaintiff is awarded fees and expenses and follows: $26.17 in expenses and $4,971.70 in attorney's fees ($175.06 x 28.4 hours = $4,971.70), for a total of $4,997.87.


| September 2, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                      *s/CM Gonzalez*
                                                      Deputy Clerk